IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR339-MU |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| (1) MONTARE GOODMAN | ) | |
| a/k/a "Jailbird" | ) | **ORDER** |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion to Suppress (Document #62) filed by the Defendant, Montare Goodman, on February 22, 2006. The undersigned conducted a hearing on the Defendant's Motion to Suppress on May 2, 2006, and after hearing the testimony of the witnesses and the arguments of counsel, took the matter under advisement.

While the matter was pending decision, the Defendant filed a Plea Agreement (Document #101) on May 25, 2006 indicating his intention to enter a guilty plea to counts 1 and 2 in the superseding bill of indictment. On June 2, 2006, the undersigned conducted a plea and rule 11 hearing in the Defendant's case, at the conclusion of which the court accepted the Defendant's plea of guilty to counts 1 and 2 in the superseding bill of indictment. The Defendant's agreement with the government is pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

In light of the Court's acceptance of the Defendant's guilty plea, the Defendant's Motion to Suppress is rendered moot. Accordingly, based on the foregoing, the Defendant's Motion to Suppress is hereby **DENIED AS MOOT**. This ruling is without prejudice to the Defendant's right to bring the Motion to Suppress again in the event the district court ultimately does not accept the Defendant's Rule 11(c)(1)(C) plea.

**SO ORDERED.**

Signed: June 2, 2006

David C. Keesler
United States Magistrate Judge