UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR339-W |
|---|---|---|
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| (1) MONTARE GOODMAN | ) | |

Leave of Court is hereby granted for the dismissal of the Information Pursuant to 21 U.S.C. § 851 in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, Defendant's attorney and the United States Attorney's Office.

Signed: January 3, 2007

Frank D. Whitney
United States District Judge